IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES EDWARD BLANTON, JR.,

   Plaintiff,

    v.

TONY HOWARD, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-3406-TWT

**ORDER**

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending allowing the case to proceed on the Plaintiff's excessive force claim and dismissing the Plaintiff's deliberate indifference to providing medical care claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's excessive force claim may proceed. The deliberate indifference claim is dismissed.

SO ORDERED, this 6 day of December, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Blanton\r&r.wpd