IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES EDWARD BLANTON, JR.,

    Plaintiff,

    v.

TONY HOWARD, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-3406-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 21] of the Magistrate Judge recommending denying the Defendants' Motions to Dismiss [Doc. 12 & 15]. The Report and Recommendation is recommitted to the Magistrate Judge to determine whether the recommendation is changed in light of the Declaration of Marie Taylor submitted as Exhibit 1 to the Objections [Doc. 23] of Defendant Howard.

SO ORDERED, this 25 day of April, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge